UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

David Guitard

v. Case No. 24-cv-296-LM-AJ

A.R. Couture Construction Corporation

ORDER

After due consideration of the objection, plaintiff's response, and the reply to that response, I approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 30, 2026.

Accordingly, the court finds and holds Defendant A.R. Couture Construction Corp. and, non-party, Arthur R. Couture in contempt for violating the court's May 22, 2025 Order. The amended motion to enforce (doc. no. 20) is granted. Defendant and Mr. Couture shall immediately comply with the May 22, 2025 Order, by paying Mr. Guitard $45,000. If payment is not made within 14 days of today's Order, the Clerk of Court shall issue attachments on Mr. Couture's properties located at 155 Sweden Street, Berlin, New Hampshire and 147 Green Hill Road, Jackson, New Hampshire until compliance with the May 22 Order.

SO ORDERED.

Landya B. McCafferty
United States District Judge

Date: September 2, 2026

cc: Counsel of Record
A.R. Couture
Arthur Couture